

EXHIBIT C





