

The Huntington National Bank
7 Easton Oval EA5E97
Columbus, OH 43219

Majestic Building Maintenance, Inc
545 Metro Pl S Ste 100
Dublin Oh 43017-5353

**REGARDING FORGERY CLAIM ON YOUR ACCOUNT** ███████████
**Amount of claim:** $3,973.96

Dear Majestic Building Maintenance, Inc,

We have reviewed the affidavit you submitted on 11/24/2014 regarding the unauthorized/forged item(s) on the account mentioned above. According to the affidavit, the signature on the item(s) was forged.

After reviewing your affidavit and any additional information you provided regarding the unauthorized/forged items, it has been determined that reasonable care was not used in declining to use our Check Positive Pay/Reverse Positive Pay services, which substantially contributed to the making of the forged item(s). As a result, we will not reimburse you for these unauthorized/forged item(s).

To prevent further fraudulent activity on your account, we urge you to close your account and open a new one. If you have already done so, thank you. Additionally, please call your Business or Commercial Banker, or visit your local Huntington branch, to discuss enrolling in Huntington's Business Security Suite in order to help prevent further unauthorized transactions.

**Please note, if you do not close this account, or take advantage of our fraud prevention options in Business Security Suite, you may not be reimbursed for future unauthorized transactions on the account.**

If you have additional questions, please take this letter to your local Huntington branch and speak with a Banker, or call a Business Center Representative at 1-800-480-2001 (weekdays 7:30AM - 6:30PM ET, and Saturdays 8AM-5PM).

Sincerely,
The Huntington National Bank
Deposit Operations

Member FDIC. ®® and Huntington® are federally registered service marks of Huntington Bancshares Incorporated.

EXHIBIT D