# WOOD & LONG, LLC
## Attorneys at Law

---

Jessica M. Wood                                                                                              Chelsea L. Long

December 15, 2014

Huntington National Bank
55 Meadow Park Avenue
Lewis Center, Ohio 43035

       Re: Majestic Building Maintenance, Inc.
          Fraudulent Bank Account Withdrawals

To Whom It May Concern:

  Please be advised that I represent Majestic Building Maintenance, Inc. It has come to my attention that fraudulent activity has been found in the business checking account. Specifically, a woman by the name of Latasha Macaula has used forged checks written to herself to withdraw roughly $4,000 from an ATM in Cleveland, Ohio. It has further come to my attention that your bank is refusing to reimburse my client for this fraudulent activity. I am aware that my client uses a holograph on each of his checks, but the fraudulent checks did not contain this image. The check numbers are also different than his standard check numbers. It is clear your bank did not take appropriate measures when cashing these checks. Therefore, we expect this money to be returned to my client and for your bank to take whatever measures you think are appropriate in order to hold the fraudulent party responsible.

  If the withdrawals are not reversed and my client is not reimbursed for this forgery, we will be forced to escalate this matter, including by making a complaint to the FDIC and/or the Federal Reserve.

  If you have counsel for this particular matter, please forward this correspondence to him or her. I look forward to hearing that my client's money has been reimbursed to him.

        Very truly yours,

        */s/ Chelsea Long*
        Chelsea L. Long

---

503 S. High St., Suite 205
Columbus, OH 43215
Tel: (614) 567-3031 / Fax: (614) 567-2031
chelsea@woodlongfamilylaw.com

EXHIBIT E