# Federal Reserve Consumer Help

Skip to main content



[Español]

Learn More...

- Checking Accounts
- Consumer Credit
- Consumer Protection Laws
- Credit Reports
- Small Business
- Foreclosures
- Home Mortgages
- Deposit Insurance
- Electronic Banking
- Frauds and Scams



Order Brochure Online. External Link

Download Adobe Acrobat Reader to view PDF files located on this site.

If you have a problem with a
bank or other financial institution,
contact the Federal Reserve for help.

## Consumer Complaint Confirmation

Thank you for contacting Federal Reserve Consumer Help. This message confirms that you have successfully submitted your complaint with the Federal Reserve System. Your complaint was submitted on February 13, 2015 at 10:58 AM.

We will determine the appropriate federal regulator to address your complaint and forward your complaint to that regulator for investigation. Within 15 business days, we will send you a written

EXHIBIT F

acknowledgement that will tell you the federal regulator to which your complaint was sent and contact information for that regulator. If the Federal Reserve will investigate your complaint, you should receive a response from the Reserve Bank handling your complaint within 60 days after the Reserve Bank's receives your complaint.

More information on the Federal Reserve's consumer complaint process is located on our website.

## Your Information

Name Mr. Luther McNeil
Address 545 Metro Place South, Suite 100
Dublin, OH 43017
Country United States
Email Address
Phone Number 614-256-5932
Alternate Phone
Contact Preference Mail

## Third Party Information

Name Chelsea Long
Address 503 South High Street, Suite 205
Columbus, OH 43215
Country United States
Email Address chelsea@woodlongfamilylaw.com
Phone Number 614-567-3031
Alternate Phone

## Institution Information

Institution Name Huntington National Bank
Routing Number
Account/Product Type Business Checking
Address 55 Meadow Park Avenue Lewis Center, OH 43035
Country United States
Email Address
Phone Number

## Complaint

Description of the complaint

Fraudulent activity has been found in the business checking account. Specifically, a woman by the name of Latasha Macaula (spelling?) has used forged checks written to herself to withdraw roughly $4,000 from an ATM in Cleveland, Ohio. The bank is refusing to reimburse the account for this fraudulent activity. The company uses a holograph on each of the checks, but the fraudulent checks did not contain this image. The check numbers are also different than his standard check numbers. Luther McNeil, the company president, made a complaint directly to the bank and filled out all paperwork requested. His primary contact was with a co-manager named Chris. Subsequently, his attorney sent a letter to the bank

requesting the withdrawals be reimbursed and Huntington pursue the fraudulent party. No response was given and no action has been taken.

How complaint can be satisfactorily addressed

The money must be returned to Majestic Building Maintenance's account.





Consumer Complaint Confirmation

Thank you for contacting Federal Reserve Consumer Help. This message confirms that you have successfully submitted your complaint with the Federal Reserve System. Your complaint was submitted on February 13, 2015 at 10:58 AM.

We will determine the appropriate federal regulator to address your complaint and forward your complaint to that regulator for investigation. Within 15 business days, we will send you a written acknowledgement that will tell you the federal regulator to which your complaint was sent and contact information for that regulator. If the Federal Reserve will investigate your complaint, you should receive a response from the Reserve Bank handling your complaint within 60 days after the Reserve Bank's receives your complaint.

More information on the Federal Reserve's consumer complaint process is located on our website at http://www.federalreserveconsumerhelp.gov/complaintprocess.htm.

Your Information
Name: Mr. Luther McNeil
Address: 545 Metro Place South, Suite 100
Dublin, OH 43017
Country: United States
E-mail Address:
Phone Number: 614-256-5932
Alternate Phone:
Contact Preference: Mail

Third Party Information
Name: Chelsea Long
Address: 503 South High Street, Suite 205
Columbus, OH 43215
Country: United States
E-mail Address: chelsea@woodlongfamilylaw.com
Phone Number: 614-567-3031

Alternate Phone:

## Institution Information

| | |
|---|---|
| Institution Name: | Huntington National Bank |
| Account/Product Type: | Business Checking |
| Address: | 55 Meadow Park Avenue |
| | Lewis Center, OH 43035 |
| Country: | United States |
| E-mail Address: | |
| Phone Number: | |
| Other Information: | |

## Complaint

Description of the complaint:

Fraudulent activity has been found in the business checking account. Specifically, a woman by the name of Latasha Macaula (spelling?) has used forged checks written to herself to withdraw roughly $4,000 from an ATM in Cleveland, Ohio. The bank is refusing to reimburse the account for this fraudulent activity. The company uses a holograph on each of the checks, but the fraudulent checks did not contain this image. The check numbers are also different than his standard check numbers. Luther McNeil, the company president, made a complaint directly to the bank and filled out all paperwork requested. His primary contact was with a co-manager named Chris. Subsequently, his attorney sent a letter to the bank requesting the withdrawals be reimbursed and Huntington pursue the fraudulent party. No response was given and no action has been taken.

How complaint can be satisfactorily addressed:

The money must be returned to Majestic Building Maintenance's account.

Enter Search Text [        ] (Find)

**Quick Links**


- File a Complaint

-  Find an Answer
-  Contact Us

## Other Resources

- Attorneys General
- Fed Reserve Consumer Info
- Federal Reserve Education
- Consumer Sentinel
- Federal Trade Commission
- Consumer Action Website
- Federal Citizen Info Center
- HOPE NOW
- Consumer Alert Archive

- About Us
- Privacy Act Statements
- Disclaimers
- Accessibility Statement

Last updated: 02/27/2011

to skip navigation


Advanced Search

Each depositor insured to at least $250,000 per insured bank

## Customer Assistance Confirmation

Thank you for contacting the Federal Deposit Insurance Corporation (FDIC).

Your e-mail was received by the FDIC on February 13, 2015. The FDIC will respond to your complaint or inquiry in accordance with the following schedule:

- If the FDIC does not need to contact an FDIC-supervised bank for information to respond adequately to your question or concern, you may expect to receive a response from the FDIC within 14 calendar days.

- If the FDIC needs to contact an FDIC-supervised bank for information, you may expect to receive a response from the FDIC within 60 calendar days.

The FDIC supervises state-chartered banks that are not members of the Federal Reserve System. Questions or concerns about a financial institution that is not supervised by the FDIC, such as a bank with the words "National" or "Federal" in its name, will be forwarded to the appropriate federal regulatory agency for response. We also will provide you with contact information for that agency.

The FDIC also insures deposits in most banks and savings associations located in the United States. The FDIC protects depositors against the loss of their deposits if an FDIC-insured bank or savings association fails. If your e-mail is related to a deposit insurance question it will be answered by appropriate FDIC staff in accordance with the timelines referenced above.

You may be contacted by the FDIC for additional information if needed to respond fully to your inquiry or complaint.

As part of its supervisory responsibility, the FDIC assists consumers with complaints by informing them of their rights under federal consumer protection laws and by reviewing the bank's actions to assess whether the bank has complied with such laws. The FDIC's authority to act on your behalf is limited to the enforcement of federal banking laws and regulations for banks supervised by the FDIC.

If you have submitted a complaint regarding an FDIC-supervised bank, your complaint may be forwarded to the bank for additional information. It is FDIC's policy to fully review the available information after receiving the bank's response. While we conduct our review, you are free to try to resolve this matter by other means available to you. If you have additional questions or information concerning your complaint, you may contact the FDIC at the address provided below.

       Federal Deposit Insurance Corporation
       Consumer Response Center
       1100 Walnut Street, Box #11
       Kansas City, MO 64106
       1-877-ASK-FDIC (1-877-275-3342)

Thank you for bringing this matter to our attention.

[ Return to Form ] [ Exit ]

Last Updated 07/27/2007                                 consumeralerts@fdic.gov

Home | Contact Us | Search | Help | SiteMap | Forms | En Español
Website Policies | Privacy Policy | Plain Writing Act of 2010 | USA.gov | FDIC Office of Inspector General
Freedom of Information Act (FOIA) Service Center | FDIC Open Government Webpage | No FEAR Act Data

https://www2.fdic.gov/starsmail/Confirmation.asp                     1/1