# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| MAJESTIC BUILDING MAINTENANCE, INC. | ) Case No. 2:15-cv-3023 |
| | ) |
| | ) JUDGE JAMES L. GRAHAM |
| Plaintiff, | ) |
| | ) |
| vs. | ) MAGISTRATE JUDGE |
| | ) KIMBERLY A. JOLSON |
| HUNTINGTON BANCSHARES INCORPORATED dba THE HUNTINGTON NATIONAL BANK | ) |
| | ) **STIPULATION OF DISMISSAL** |
| | ) |
| Defendant. | ) |

The Huntington National Bank stipulates to Majestic Building Maintenance, Inc.'s dismissal of this action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), as to all claims, causes of action, and parties.

Date: May 29, 2019

Respectfully submitted,

*/s/ Brett A. Wall*
Brett A. Wall, Trial Attorney (0070277)
bwall@bakerlaw.com
Lisa M. Ghannoum (0080950)
lghannoum@bakerlaw.com
Kenneth G. Prabucki (0086889)
kprabucki@bakerlaw.com
Clair C. Peña (0096441)
cpena@bakerlaw.com
Baker & Hostetler LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, Ohio 44114-1214
Telephone: 216.621.0200
Facsimile: 216.696.0740

*Attorneys for The Huntington National Bank*

*/s/ John. A Zervas*
John A. Zervas (0043611)
Troy J. Doucet, Trial Attorney (0086350)
Andrew J. Gerling (0087605)
Doucet & Associates Co., L.P.A.
700 Stonehenge Parkway, Suite 2B
Dublin, OH 43017
Telephone: 614.944.5219
Facsimile: 818.638.5548
troy@doucet.law
john@doucet.law
andrew@doucet.law

*Attorneys for Majestic Building Maintenance, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on May 29, 2019 via the Court's ECF system to each individual listed on the Court's Electronic Mail Notice List.

*/s/ John A. Zervas*
John A. Zervas (0043611)